184

**Alice Busch TILTON, Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.**

No. 13000.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. Nunan, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

**Margaret I. WALSHAW, Administratrix of Estate of Ray M. Walshaw, Deceased, v. J. T. IRWIN, Appellant (two cases).**

Nos. 9205, 9220.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 20, 1946.

Decided May 5, 1947.

Rehearing Denied June 10, 1947.

Harry R. Axelroth, of Philadelphia, Pa. (Daniel J. McCauley, Jr., and Axelroth and Portcous, both of Philadelphia, Pa., and Lowry N. Coe, of Washington, D. C., on the brief), for Irwin.

James J. Leyden, of Philadelphia, Pa. (Schnader, Kenworthey, Segal & Lewis of Philadelphia, Pa., and Thomas D. Caldwell and Caldwell, Fox & Stoner, all of Harrisburg, Pa., on the brief), for Walshaw.

Before GOODRICH and McLAUGHLIN, Circuit Judges, and MURPHY, District Judge.

PER CURIAM.

Consideration of the briefs, the oral argument of the parties and the appendix convinces us that the court below did not commit any substantial error in refusing to direct a verdict in favor of the defendant and in refusing to grant a new trial to the plaintiff.

The judgment of the District Court, is affirmed.

**Pietro ALLEGRINI et al., Appellants, v. Giovanni DE ANGELIS et al.**

No. 9325.

Circuit Court of Appeals, Third Circuit.

Argued April 24, 1947.

Decided April 30, 1947.

Vincent C. Veldorale, of Philadelphia, Pa., for appellant.

Joseph Gray Jackson, of Philadelphia, Pa. (Wm. Steell Jackson & Son, of Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, MARIS, and O'CONNELL, Circuit Judges.

PER CURIAM.

The order of the court below, 68 F.Supp. 689, will be affirmed.